IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORTNEY DEON WILSON, (SPN #P00199942 ) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-17-3901 |
| CARY M. FADEN, *et al.*, Defendants. | § § § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on March 22, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2017\17-3901.a01.wpd